IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
IN OPEN COURT

JUN 2 5 2010

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 1:10cr-202 |
| ) | |
| AFGHAN INTERNATIONAL ) | |
| TRUCKING, ) | |
| Defendant. ) | |

**INFORMATION**

COUNT 1
(Bribery of a Public Official)

THE UNITED STATES CHARGES THAT:

Between October 2004 and August 2008, the defendant, Afghan International Trucking, directly and indirectly, knowingly and corruptly offered monetary bribe payments to U.S. officials in order to influence the performance of an official act and to aid in a fraud against the United States, to wit: the defendant paid approximately $190,000 in the Eastern District of Virginia and elsewhere to military officials at the Bagram Airfield in Afghanistan in exchange for fraudulently awarding the defendant government contract work and payment for work that the defendant never performed.

In violation of Title 18, United States Code, §§ 201(b)(2)(A) and 201(b)(2)(B).

NEIL H. MACBRIDE
United States Attorney

By: _____
Steve Linick
Special Assistant United States Attorney
VA Bar No. 66136
Counsel for the United States
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: 202-353-1630
Fax: 202-514-7021
Email: steve.linick@usdoj.gov

DENIS J. MCINERNEY
Chief, Fraud Section

By: _____
Liam Brennan
Trial Attorney
United States Department of Justice
Criminal Division – Fraud Section
CT Juris No. 429013; Federal Bar No. CT27924
1400 New York Ave., NW
Washington, D.C. 20530
Phone: 202-353-7692
Fax: (202) 514-0152
Email: Liam.Brennan@usdoj.gov